UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

MILAGROS MIRANDA,

        Plaintiff,

        - against -

ROLAND CONDE and MARY CONDE

        Defendants.
----------------------------------------------------------X

ORDER

99-CV-2347 (NGG) (MLO)

GARAUFIS, District Judge.

    Melynda Conde, daughter of defendants Roland and Mary Conde, has moved by way of an order to show cause for an order modifying a subpoena served upon the ABN Amro Mortgage Group, Inc., and for a protective order preventing plaintiff Milagros Miranda from asking any questions based on the documents obtained pursuant to this subpoena in a deposition scheduled to take place tomorrow, July 21, 2005, in her parents' Chapter 7 bankruptcy proceedings. Conde's application is denied. This court lacks jurisdiction to enter an interlocutory order as to a discovery dispute in a pending bankruptcy proceeding. Conde should therefore raise her claims before Judge Melanie L. Cyganowski, who is presiding over the defendants' bankruptcy petition.

SO ORDERED.

Dated: July 20, 2005
      Brooklyn, N.Y.

          /s/
        Nicholas G. Garaufis
        United States District Judge